IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

JUAN SPURLIN
also known as
Captain Kirk,

   Defendant.

CRIMINAL FILE NO.

1:13-CR-304-4-TWT

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 56]of the Magistrate Judge recommending denying the Defendant's Motion for Bill of Particulars [Doc. 38] and denying the Defendant's Motion to Dismiss [Doc. 39]. The Defendant has not shown good cause for an extension of time or what additional supplementation of his objections is required. The Defendant's Motion for Extension of Time to Supplement Objections [Doc. 60] is DENIED. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Bill of Particulars [Doc. 38] and the Defendant's Motion to Dismiss [Doc. 39] are DENIED. The Defendant's Unopposed Motion for Extension of Time to File Pretrial Motions [Doc. 61] is

GRANTED. The case is decertified for trial and all time is excluded from the Speedy

Trial Act.

SO ORDERED, this 5 day of April, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge