IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JUAN SPURLIN<br>also known as<br>Captain Kirk,<br><br>    Defendant. | CRIMINAL FILE NO.<br>1:13-CR-304-4-TWT |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 136] of the Magistrate Judge recommending dismissing the Defendant's Motion to Vacate Sentence [Doc. 130] without prejudice. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 130] is DISMISSED.

SO ORDERED, this 3 day of November, 2020.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge